O'Brien, Appellant, *v.* O'Brien Steel Construction Company et al.

Argued March 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Frank C. Carroll,* with him *McIlvaine, Murphy, Carroll & Phillips,* for appellant.

*John T. O'Brien,* appellee, in propria persona.

*Sue O'Brien Miller,* appellee, in propria persona.

*Joseph M. O'Brien,* appellee, in propria persona.

OPINION PER CURIAM, June 28, 1971:
Decree affirmed. Costs on appellant.